MIGUEL A. GARCÍA MÉNDEZ y JORGE QUIÑONES IRIZARRY, recurrentes, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 838.—*Sometido:* Mayo 30, 1931. *Resuelto:* Enero 19, 1931.

*Nazario & García Méndez,* abogados de los recurrentes; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Se trata por este recurso de que el Registrador de la Propiedad de San Germán rectifique la inscripción que hizo a favor de los herederos de una señora casada en cuanto a una finca que inscribió en su totalidad a favor de sus herederos estimando que aquella inscripción es de un bien privativo de la esposa; entendiendo los recurrentes que la inscripción es de un bien ganancial.

Esas cuestiones han sido consideradas en el recurso 482 de *Jorge Quiñones Irizarry* v. *Registrador de San Germán* referente a la misma finca, resuelto hoy, y aplicando su decisión a este caso *debe ser confirmada la resolución recurrida.*

* NOTA: Véase el prefacio.